UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

IN RE:

Giselle Aranda,

Debtor.

_____/

Case No. 2:23-bk-01282-FMD

Chapter 7

## WRITTEN WAIVER OF DISCHARGE BY DEBTOR,

COMES NOW the Debtor, Giselle Aranda, submits this written waiver of discharge pursuant to Section 727(a)(10), title 11, United States Code. In this written waiver of discharge, the Debtor certifies the following:

1. I am the individual Debtor in the above captioned case, represented by counsel, and I am an individual above the age of majority.

2. My written waiver of discharge represents a conscious and fully informed judgment.

3. My written waiver of discharge is unconditional and without qualification.

4. I acknowledge and agree that this written waiver of discharge contains the entire agreement between the Debtor and the United States Trustee.

5. The United States Trustee has not threatened, made, and/or given any other representations, promises, inducements, offers, or rewards, and/or given or promised to give any other consideration of any kind whatsoever to either the Debtor, or anyone else on his/her behalf.

6. My written waiver of discharge extends to all of my debts as defined and provided for under the Bankruptcy Code and Rules. Although this written waiver of discharge allows for the collection of debts, it neither establishes an admission of liability nor the amount of a debt.

7. My written waiver of discharge is voluntarily entered into by myself after the commencement of the bankruptcy case.

8. Based upon the foregoing, I do respectfully request that, in accordance with 11 U.S.C. §§ 102 and 727(a)(10), the Court approve my written waiver of discharge without the necessity of a hearing in order to avoid unnecessary expense and delay.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/2/2024

_____
Giselle Aranda

Executed as to form:

Executed on: 2/2/2024

_____
Shelley Hogue