ORDERED.

**Dated: February 22, 2024**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Giselle Aranda,                                                    Case No. 2:23-bk-01282-FMD

    Debtor.
_____/

**ORDER APPROVING WRITTEN WAIVER OF DISCHARGE
AND DENYING DISCHARGE**

THIS CASE comes before this Court to consider and act upon the United States Trustee's Motion Requesting Order Approving the Giselle Aranda's Waiver of Discharge (Doc. No. 12). Such a request for an order is governed under Fed. R. Bankr. P. 9013 and does not constitute a contested matter under Fed. R. Bankr. P. 9014. As such, no hearing is required. 11 U.S.C. § 102(1).

The Debtor voluntarily commenced this chapter 7 bankruptcy case on October 25, 2023. On February 2, 2024, the Debtor executed a written waiver of discharge post-petition, which was subsequently filed with this Court on February 21, 2024 (Doc. No. 11).

This Court, having reviewed the case record as a whole, the motion to approve the written waiver of discharge, and the Debtor's executed written waiver of discharge, determines that the Debtor's executed written waiver of discharge is well taken and due to be approved in this case. With the approval of the executed written waiver of discharge, discharge is due to be denied. Accordingly, upon the foregoing and for good cause found; **IT IS ORDERED,** that:

1. The United States Trustee's Motion Requesting Order Approving the Giselle Aranda's Waiver of Discharge (Doc. No. 12), is **GRANTED**;

2. Under 11 U.S.C. § 727(a)(10), the Written Waiver of Discharge, (Doc. No. 11), as executed by Giselle Aranda, is **APPROVED**;

3. With the approval of the Debtor's executed Written Waiver of Discharge, the **DISCHARGE** under Section 727(a), title 11, United States Code, is **DENIED** as to the Debtor, Giselle Aranda.

4. None of the Debtor's debts, liabilities, or obligations are discharged. Clerk's Office to serve upon all parties.